UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM PASTORE                               NO. 19-12540 JKF
                                                            CHAPTER 13

ENTRY OF APPEARANCE FOR FORD MOTOR CREDIT COMPANY, LLC AND
REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Ford Motor Credit Company, LLC and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATED: July 17, 2019

                                                          GERSHMAN LAW OFFICES, PC

                                                          */s/ Howard Gershman*

                                                          Howard Gershman
                                                          610 York Road, Suite 200
                                                          Jenkintown, PA 19046
                                                          Tel: 215.886.1120
                                                          Fax  215.886.1118
                                                          howard@gershman-law.com

Copies served this date upon:

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael A. Latzes, Esquire
Law Offices of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102