UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM PASTORE  : CHAPTER 13
     Debtor  :
  : NO. 19-12540 JKF

    HEARING: 8-21-19
    TIME: 9:30 a.m.
    COURTROOM: 3

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Debtor's Answer to Ford Motor Credit Company, LLC's Motion for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on August 7, 2019, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Scott Waterman, Trustee
P.O. BOX 4010
Reading, PA 19606-0410

Howard Gershman, Esquire
610 York Road, Suite 200
Jenkintown, PA 19046

William Pastore
116 Country Club Dr.
Lansdale, PA 19446-1456

  8-7-19
    Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor