**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the matter of: | : CHAPTER 13 |
|     William Pastore | : |
| | : NO. 19-12540 JKF |
| _____ | : |

**CERTIFICATION OF SERVICE**

    I hereby certify that a true and correct copy of Debtor's Motion Pursuant to 11 U.S.C Sections 506(a) and 5026(d) to Avoid a Third Mortgage Lien Held by Tower Federal Credit Union, along with Notice of Motion, Response Deadline and Hearing Date and Proposed Order were served either by mailing such copies by first class, postage prepaid or electronically on September 5, 2019, to the following parties.

Frederic J. Baker, Esquire
Asst. U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Scott Waterman, Trustee
P.O. Box 4010
Reading, PA 19606-0410

Doug Harris, Senior V.P. & CFO
Tower Federal Credit Union
7901 Sandy Spring Road
Laurel, MD 20701

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

William Pastore
116 Country Club Drive
Lansdale, PA 19446

  9-5-19
    DATE

\s\ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor