UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM PASTORE

NO. 19-12540 JKF
CHAPTER 13

### ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: 2017 FORD ESCAPE [DOC. 18]

In consideration of the Stipulation of the parties in resolution of the Motion of Ford Motor Credit Company, LLC for Relief from Stay [Doc. 18], as to a 2017 Ford Escape motor vehicle, the Stipulation is hereby approved.

BY THE COURT:

dated: 9/24/19

_____
Judge Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Michael A. Latzes, Esquire
Law Offices of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102