United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12540-jkf
William Pastore                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Sep 24, 2019
                            Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db           +William Pastore,   116 Country Club Drive,    Lansdale, PA 19446-1456
cr          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
               Colorado Springs, CO  80921)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 25 2019 03:21:34     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2019 03:21:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 25 2019 03:21:27    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          HOWARD     GERSHMAN     on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          MICHAEL A. LATZES    on behalf of Debtor William  Pastore efiling@mlatzes-law.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Tower Federal Credit Union bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    CALIBER HOME LOANS, INC.
           robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM PASTORE

NO. 19-12540 JKF
CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF
FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY
RE: 2017 FORD ESCAPE [DOC. 18]**

In consideration of the Stipulation of the parties in resolution of the Motion of Ford Motor Credit Company, LLC for Relief from Stay [Doc. 18], as to a 2017 Ford Escape motor vehicle, the Stipulation is hereby approved.

BY THE COURT:

dated: 9/24/19

_____
Judge Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

Michael A. Latzes, Esquire
Law Offices of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102