## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : Chapter 13 |
| William Pastore | : |
| Debtor | : NO. 19-12540 JKF |

### O R D E R

AND NOW THIS 30th DAY OF October 2019, the stipulation of the parties filed on September 16, 2019, in resolution of Debtor's Motion to Avoid the Third Mortgagee's lien held by Tower Credit Union and reclassifying Mortgagee's claim pursuant to 11 U.S.C. Section 506(a) and 506 (d), is hereby APPROVED.

_____
**Honorable Jean K. FitzSimon**