**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **William Pastore** | : |
| | : |
| **Debtor(s)** | : NO. 19-12540 JKF |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on October 31, 2019 to the U.S. Trustee, Scott Waterman, Trustee, William Pastore, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

10-31-19　　　　　　　　　　　　　　　　　　　/s/    MICHAEL A. LATZES
DATE　　　　　　　　　　　　　　　　　　　MICHAEL A. LATZES, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor