United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-12540-jkf
William Pastore                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: JEGilmore        Page 1 of 1         Date Rcvd: Dec 05, 2019
                           Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db          +William Pastore,    116 Country Club Drive,    Lansdale, PA 19446-1456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
    HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
    MICHAEL A. LATZES    on behalf of Debtor William  Pastore efiling@mlatzes-law.com
    POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Tower Federal Credit Union bkgroup@kmllawgroup.com
    ROBERT J. DAVIDOW    on behalf of Creditor    CALIBER HOME LOANS, INC. robert.davidow@phelanhallinan.com
    SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William Pastore
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−12540−jkf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this December 4, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

48
Form 155