## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           : CHAPTER 13
    William Pastore                 :
                   Debtor(s)   : NO.   19-12540 JKF

### O R D E R

    **IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's

Application for Allowance of Compensation in the amount of $5,000.00 is approved.

(Debtor paid $1,800.00 of the amount prior to the bankruptcy filing)

**Date: January 3, 2020**

_____
                                          J.